## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF COLUMBIA

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION<br>55 Fruit Street<br>Boston, MA 02114<br><br>             Plaintiff,<br><br>       v.<br><br>HON. DAVID KAPPOS[1]<br>Under Secretary of Commerce for Intellectual<br>Property and Director of the United States Patent and<br>Trademark Office<br>Office of the General Counsel<br>United States Patent and Trademark Office<br>600 Dulaney Street<br>Arlington, VA 22314<br><br>             Defendant. | Civil Action No. 1:09-cv-00109-RMU |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff The General Hospital Corporation hereby notifies the Court that it voluntarily dismisses, without prejudice, this action against Defendant David Kappos, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Hon. David Kappos is automatically substituted for the originally named defendant, Hon. Jon W. Dudas.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Date:   April 29, 2010          Respectfully submitted,

**EDWARDS ANGELL PALMER & DODGE LLP**

/s/Brian M. Gaff_____
Brian M. Gaff (Bar No. TX0049)
  bgaff@eapdlaw.com
111 Huntington Avenue
Boston, MA  02199-7613
(617) 239-0100
(617) 227-4420 (fax)

James E. Armstrong, IV (Bar No. 460470)
  jarmstrong@eapdlaw.com
1875 Eye Street, NW
Washington, DC 20006-5421
(202) 478-7370
(202) 478-7380 (fax)

*Attorneys for Plaintiff The General Hospital Corporation*

BOS2_792864.1