✎ AO 120 (Rev. 3/04)

| TO:  Mail Stop 8 Director of the U.S. Patent and Trademark Office P.O. Box 1450 Alexandria, VA 22313-1450 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Columbia__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. 09cv109 | DATE FILED 1/16/2009 | U.S. DISTRICT COURT  for the District of Columbia |
|---|---|---|

| PLAINTIFF  GENERAL HOSPITAL CORPORATION 55 Fruit Street Boston, MA 02114 | DEFENDANT  JON W. DUDAS P.O. Box 15667 Arlington, VA 22215 |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,367,341 | 5/6/2008 | GENERAL HOSPITAL CORPORATION |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |  |  |
|---|---|---|---|
|  | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 04/29/2010 NOTICE of Voluntary DismissalWithout Prejudice by GENERAL HOSPITAL CORPORATION (Gaff, Brian) (Entered: 04/29/2010) |

| CLERK  Angela D. Caesar | (BY) DEPUTY CLERK  /s/ Nicole Wilkens | DATE  4/30/2010 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy